UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| TIMOTHY DANEHY<br><br>      Plaintiff,<br><br>v.<br><br>CCS COMMERCIAL LLC.<br><br>      Defendant. | Plaintiff's Affidavit |

## AFFIDAVIT

Comes now Timothy Danehy, being first duly sworn, under oath, and states as follows:

I, Timothy Danehy, having reached the age of majority, being of sound mind and having personal firsthand knowledge state of my free will the following facts as true and correct.

1.  I am in possession of the cell phone assigned number 919-637-2447.

2.  I was the sole user of the cell phone assigned number 919-637-2447 between August 6, 2015 and October 20, 2015.

1

3.  I paid for pre-paid minutes to be used in connection with the cell phone assigned number 919-637-2447.

4.  I had no prior business relationship with CCS COMMERCIAL LLP.

5.  I never gave CCS COMMERCIAL LLP. or any of its agents consent to call my cell phone assigned number 919-637-2447.

6.  When I tried to answer the first call at 8:13pm on 8/24/15 the call was cut off.

7.  When I tried to answer the second call at 8:13pm on 8/24/15 the call was cut off.

8.  I heard my cell phone assigned number 919-637-2447 being called 3 separate times within approximately 20 seconds at 8:13pm on 8/24/15.

9.  I sent certified mailings to CCS on September 25, 2015 and October 25, 2015 in an attempt to mitigate this matter without litigation.

10. I received on my cell phone assigned number 919-637-2447 the following 7 calls from 603-957-4026;

- 8/6/15 5:25pm (1 call)
- 8/24/15 8:13pm (3 calls)
- 8/31/15 3:32pm (1 call)
- 9/29/15 5:56pm (1 call)

2

- 10/20/15 6:23pm (1 call)

I am willing to testify in person if needed to the truth of these aforementioned facts.

Affiant further sayeth naught.

Signed and sworn to under oath by affiant: _____ on November 20, 2015

North Carolina

County of __WAKE__

Sworn to (or affirmed) and subscribed before me this the 20th day of __NOVEMBER__, 20__15__.
(Official Seal)

_____, Notary Public

*(Official Signature of Notary)*

__RICKY L PAUL__ *(Notary's printed or typed name)*

My commission expires: __09-29-2019__

RICKY L. PAUL
NOTARY PUBLIC
WAKE COUNTY NC
My Commission Expires 9-29-2019.

Timothy Danehy,
P.O. Box 301
Kittrell, NC 27544-0301
Tel 252-492-0194
timncood@gmail.com

3