IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. No. 5:15-cv-00612-BO

TIMOTHY DANEHY,

    Plaintiff,

vs.

CCS COMMERCIAL, LLC,

    Defendant.

## STIPULATION OF DISMISSAL

**NOW COMES** Plaintiff Timothy Danehy, *pro se,* ("Plaintiff") and Defendant CCS Commercial, LLC, through counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that all claims herein against Defendant CCS Commercial, LLC are dismissed with prejudice, with each party to bear its own fees and costs.

This the __1st__ day of March, 2016.

*[signature]*

Timothy Danehy
PO Box 301
Kittrell, NC 27544-0301

STATE OF NORTH CAROLINA
COUNTY OF __Vance__

Affirmed and subscribed before me this
the __1__ day of March, 2016.

*[signature]*
Notary Public
My Commission Expires: __May 22, 2016__

*[Notary seal: MICHAEL K. MOORE, NOTARY PUBLIC, VANCE COUNTY, N.C.]*

/s/Caren D. Enloe
Caren D. Enloe
Of SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
NC State Bar No. 17394
PO Box 26268
Raleigh NC 27611
Telephone: (919)250-2000
Telefacsimile: (919)250-2124
cenloe@smithdebnamlaw.com

*Counsel for Defendant CCS Commercial, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served the foregoing document on the following via first class mail, postage prepaid as follows:

Timothy P. Danehy

PO Box 301

Kittrell, NC 27544-0301

This the 17th day of March, 2016.

/s/ Caren D. Enloe
Caren D. Enloe
Of SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
NC State Bar No. 17394
PO Box 26268
Raleigh NC 27611
Telephone: (919)250-2000
Telefacsimile: (919)250-2124
cenloe@smithdebnamlaw.com

*Counsel for Defendant CCS Commercial, LLC*